IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DRIVE INTERMODAL LLC, )
an Indiana Company )
)
    Plaintiff, )
)
v. ) Case No. 23-cv-01880
)
ROBERT ROSE, ALEXANDRIA )
ROSE, and CAPITOL TRUCKING INC. )
)
    Defendants. )

## AFFIDAVIT OF MARK PONTARELLI

STATE OF ILLINOIS  )
                    ) SS
COUNTY OF DuPage  )

MARK PONTARELLI, being duly sworn, states as follows:

1. I am of legal age and under no disability, and could testify competently to the following of my own knowledge.

2. I hereby declare all of the statements in Plaintiffs' Motion for Temporary Restraining Order filed on March 16, 2023 and the Amended Complaint filed on March 29, 2023 are true and correct based upon my own personal knowledge and review of records, and if called and sworn as a witness at a hearing related to these proceedings, would and could competently testify as set for therein.

3. I am the sole member of Drive Intermodal LLC, an Indiana company. I reside in Oak Brook, DuPage County, Illinois.

FURTHER AFFIANT SAYETH NAUGHT.

Date: 3/29/2023

_____
Mark Pontarelli
IL DL # P836-5405-0218

Sworn to or affirmed and signed before me by Mark Pontarelli on this 29th day of March 2023 and in my presence.

_____
Notary Public

"OFFICIAL SEAL"
REBECA F PENA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 06/29/26